# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRIAN O. HOLDEN, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER MCKEOWN, in his ) <br> individual and official capacities as a ) <br> Special Agent for the Georgia Bureau ) <br> of Investigations, *et al.*, ) <br> Defendants. ) | CIVIL ACTION NO. <br> 4:16-CV-257-WRM-GRS |

## ORDER

THIS MATTER coming before the Court on the State Defendants' unopposed motion to stay discovery, the Court being advised of the premises, IT IS HEREBY ORDERED THAT:

The motion is granted and all discovery related activities, including those in the General Order, (Doc. 3), in this action are stayed pending a disposition of the pending motion to dismiss.

So ordered this 9TH day of March, 2017.

_____
Magistrate Judge, United States District Court

Order Prepared By:

MICHELLE J. HIRSCH
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 463-8850
FAX (404) 651-5304
Email: mhirsch@law.ga.gov